UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK

OCT - 2 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**HAITHAM AL-DULAIMI**
**ABDULLAH ALSAJEE**
**HAIDER LAZEM**
**HASAN WASAK**

INDICTMENT

NO. 3:24-CR-108-BJB

18 U.S.C. § 2
18 U.S.C. § 371
18 U.S.C. § 554
18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 922(a)(6)
18 U.S.C. § 923(a)
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
18 U.S.C. § 934
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)
50 U.S.C. § 4819

The Grand Jury charges:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment, unless otherwise specified:

### The Defendants and Other Relevant Companies

1.      The defendant **HAITHAM AL-DULAIMI** was a lawful permanent resident of the United States, and a resident of Louisville, Kentucky.

2.      The defendant **ABDULLAH ALSAJEE** was a citizen of the United States, and a resident of Louisville, Kentucky.

3.      The defendant **HAIDER LAZEM** was a naturalized citizen of the United States, and a resident of Louisville, Kentucky.

4.      The defendant **HASAN WASAK** was a naturalized citizen of the United States, and a resident of Louisville, Kentucky.

5.      Freight Forwarder 1, whose identity is known to the Grand Jury, is a freight forwarding company based in Dearborn, Michigan.

### Export Control Reform Act of 2018

6.      The Export Control Reform Act of 2018 ("ECRA"), Title 50, United States Code, Section 4811(2), provides, among its stated policy objectives, that "[t]he national security and foreign policy of the United States require that the export, reexport, and in-country transfer of items . . . be controlled." To that end, the ECRA, pursuant to Title 50, United States Code, Section 4812(b), grants the President the authority to regulate the export, reexport, and in-country transfer of items subject to the jurisdiction of the United States, whether by United States persons or by foreign persons.

7.      The ECRA, Title 50, United States Code, Section 4813(a), further grants the United States Secretary of the Department of Commerce ("DOC") the authority to establish the applicable regulatory framework. Pursuant to that authority, the DOC reviews and controls the export of certain items, including commodities, software, and technologies, from the United States to foreign destinations through the Export Administration Regulations ("EAR"), Title 15, Code of Federal Regulations, Parts 730-774. In particular, the EAR restrict the export of items that could make a significant contribution to the military potential of other nations or that could be detrimental to the foreign policy or national security of the United States. The EAR impose licensing and other requirements for items subject to the EAR to be lawfully exported from the United States or lawfully reexported from one foreign destination to another.

8.      The most sensitive items subject to EAR controls are identified on the Commerce Control List ("CCL"), published at Title 15, Code of Federal Regulations, Part 774, Supplement Number 1. Items on the CCL are categorized by an Export Control Classification Number

("ECCN"), based on their technical characteristics, each of which has export control requirements depending on the destination, end use, and end user.

9.      Pursuant to the EAR, the DOC, through its Bureau of Industry and Security ("BIS"), is responsible for issuing licenses for the export of a variety of firearms and related commodities from the United States.

10.     Unless an exemption applies, the EAR requires that an export license from BIS be obtained for the export from the United States to Iraq of certain firearms, including any such items classified as ECCN 0A501.a.

11.     Pursuant to Title 50, United States Code, Sections 4819(a)(l) and (b), it was a crime to willfully violate, attempt to violate, conspire to violate, or cause a violation of any regulation, order, license, or other authorization issued pursuant to the ECRA or the EAR.

12.     The following firearms were designated under ECCN 0A501.a on the CCL and controlled for National Security, Regional Stability, and United Nations Embargo reasons to Iraq, and export of these firearms from the United States to Iraq required an export license issued by BIS, including in October 2023:

| |
|---|
| Canik55, Model TP-9SA, 9-millimeter caliber handgun |
| Ruger, Model Ruger-57, 5.7 caliber handgun |
| Glock, Model 17, 9-millimeter handgun |
| Smith & Wesson, Model M&P 9, 9-millimeter handgun |
| Smith & Wesson, Model M&P 5.7, 5.7 caliber handgun |
| FN Herstal, Model Five-Seven, 5.7 caliber handgun |
| FN America, Model Five-Seven, 5.7 caliber handgun |
| Smith & Wesson, Model M&P 22, .22 caliber handgun |

| |
|---|
| Smith & Wesson, Model M&P 9 Shield, 9-millimeter caliber handgun |
| Palmetto State Armory, Model Dagger, 9-millimeter handgun |
| Ruger, Model Security-9, 9-millimeter handgun |
| Taurus, Model PT24/7 PRO, 9-millimeter handgun |
| HS Product (IM Metal), Model XD-9, 9-millimeter handgun |
| Arex Delta L (Importer Global Global Ordnance LLM), Model Gen 2, 9-millimeter handgun |
| Glock, Model 26, 9-millimeter handgun |
| Heckler & Koch, Model P30L, 9-millimeter handgun |
| Sig Sauer, Model P365, 9-millimeter handgun |
| Arex, Model Rex Zero 1, 9-millimeter handgun |
| Sig Sauer, Model P320, 9-millimeter handgun |
| Glock, Model 22, .40 caliber handgun |
| Glock, Model 19, 9-millimeter handgun |
| Glock, Model 33, .357 caliber handgun |

**Licensing Requirements and Status**

13.     At no time did **HAITHAM AL-DULAIMI**, **ABDULLAH ALSAJEE**, **HAIDER LAZEM**, **HASAN WASAK**, or any co-conspirator of the charges set forth in this Indictment, apply for, receive, or possess a license or authorization from the DOC to export firearms, including but not limited to the firearms identified in Paragraph 13, from the United States to Iraq.

## COUNT 1
### (*Conspiracy*)

14.     Paragraphs 1 through 13 are incorporated herein by reference.

15.     From at least in or about February 2023 through at least on or about September 16, 2024, the exact dates being unknown to the Grand Jury, in the Western District of Kentucky, Jefferson County, and elsewhere, the defendants, **HAITHAM AL-DULAIMI**, **ABDULLAH ALSAJEE**, **HAIDER LAZEM**, and **HASAN WASAK**, and others known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, that is:

a. to fraudulently and knowingly export and send from the United States firearms contrary to laws and regulations of the United States, and to receive, conceal, buy, and facilitate the transportation and concealment of such firearms prior to exportation, knowing the same to be intended for exportation contrary to laws and regulations of the United States, in violation of Title 18, United States Code, Section 554(a);

b. to engage in the business of dealing in firearms without a license, and in the course of such business, to ship, transport, and receive firearms in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(a)(l)(A);

c. to knowingly make false and fictitious statements to firearms dealers intended and likely to deceive the dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearms, in connection with the acquisition of firearms from a federally licensed firearms dealer, in violation of Title 18, United States Code, Section 922(a)(6);

d. to knowingly purchase any firearm in or otherwise affecting interstate or foreign commerce for, or on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intended to possess, sell, or otherwise dispose of the firearm in furtherance of a felony, in violation of Title 18, United States Code, Section 932(b)(2); and

e. to defraud the United States by interfering with and obstructing the lawful governmental function of the United States Department of Commerce, that is, the enforcement of laws and regulations prohibiting the export of goods, including

firearms, from the United States to foreign destinations without a license or authorization, by deceit, craft, trickery, and dishonest means.

## OBJECTS OF THE CONSPIRACY

16.   It was the object of the conspiracy to:

    a. obtain firearms by means of false and fictitious statements;

    b. smuggle firearms from the United States to Iraq by concealing the firearms in packaging and vehicles prior to exportation;

    c. export firearms from the United States without first obtaining a license for export from the government of the United States as required by law; and

    d. obtain money and profit by illegally exporting firearms from the United States to Iraq.

## MANNER AND MEANS

17.   The manner and means by which the conspiracy was carried out included, among others, the following:

    a. From at least February 2023 through at least September 2024, **ABDULLAH ALSAJEE, HAIDER LAZEM, HASAN WASAK**, and others, purchased firearms from Federal Firearm Licensees and at gun shows, which were then directly transferred to co-conspirator **HAITHAM AL-DULAIMI** or transferred to **HAITHAM AL-DULAIMI**. The type and quantity of firearms purchased was directed by their co-conspirator, **HAITHAM AL-DULAIMI**.

    b. Upon or prior to **HAITHAM AL-DULAIMI**'s receipt of the firearms, **HAITHAM AL-DULAIMI** provided payment to the co-conspirators for the firearms purchased.

c. **HAITHAM AL-DULAIMI** and others, would and did package the firearms, conceal them inside vehicles, and transport the vehicles (containing the concealed firearms) from Louisville, Kentucky to Freight Forwarder 1 in Dearborn, Michigan.

d. **HAITHAM AL-DULAIMI** then paid for Freight Forwarder 1 to ship the vehicles (containing the concealed firearms) in a shipping container to a co-conspirator in Iraq, who would then coordinate the distribution of the firearms.

## OVERT ACTS

18.     In furtherance of the conspiracy, and to accomplish the objects thereof, one or more members of the conspiracy committed and caused to be committed the following overt acts, among others, in the Western District of Kentucky, Jefferson County, and elsewhere:

a. Between on or about February 12, 2023, and on or about April 3, 2023, **HASAN WASAK** purchased firearms on at least 3 occasions by falsely and fraudulently representing that he was the actual purchaser of the firearm or firearms, which **HASAN WASAK** then provided to **HAITHAM AL-DULAIMI**.

   i.   On or about February 12, 2023, **HASAN WASAK** purchased 2 firearms.

   ii.  On or about March 16, 2023, **HASAN WASAK** purchased 2 firearms.

   iii. On or about April 3, 2023, **HASAN WASAK** purchased 3 firearms.

b. Between on or about February 25, 2023, and on or about June 10, 2023, **HAIDER LAZEM** purchased firearms on at least 10 occasions by falsely and fraudulently representing that he was the actual purchaser of the firearm or firearms, which **HAIDER LAZEM** then provided to **HAITHAM AL-DULAIMI**.

   i.   On or about February 25, 2023, **HAIDER LAZEM** purchased 2 firearms.

   ii.  On or about March 30, 2023, **HAIDER LAZEM** purchased 2 firearms.

    iii.    On or about April 7, 2023, **HAIDER LAZEM** purchased 2 firearms.

    iv.    On or about April 19, 2023, **HAIDER LAZEM** purchased 2 firearms.

    v.    On or about April 21, 2023, **HAIDER LAZEM** purchased 2 firearms.

    vi.    On or about April 27, 2023, **HAIDER LAZEM** purchased 2 firearms.

    vii.    On or about May 11, 2023, **HAIDER LAZEM** purchased 2 firearms.

    viii.    On or about May 31, 2023, **HAIDER LAZEM** purchased 2 firearms.

    ix.    On or about June 7, 2023, **HAIDER LAZEM** purchased 2 firearms.

    x.    On or about June 10, 2023, **HAIDER LAZEM** purchased 1 firearm.

c.  Between on or about August 19, 2023, and on or about November 15, 2023, **ABDULLAH ALSAJEE** purchased firearms on at least 11 occasions by falsely and fraudulently representing that he was the actual purchaser of the firearm or firearms, which were then transferred to **HAITHAM AL-DULAIMI**.  In addition, on or about September 16, 2024, **ABDULLAH ALSAJEE**, purchased firearms that were intended for **HAITHAM AL-DULAIMI**.

    i.    On or about August 19, 2023, **ABDULLAH ALSAJEE** purchased 2 firearms.

    ii.    On or about August 31, 2023, **ABDULLAH ALSAJEE** purchased 1 firearm.

    iii.    On or about September 9, 2023, **ABDULLAH ALSAJEE** purchased 2 firearms.

    iv.    On or about September 11, 2023, **ABDULLAH ALSAJEE** purchased 4 firearms.

v.    On or about September 16, 2023, **ABDULLAH ALSAJEE** purchased 4 firearms.

vi.    On or about October 6, 2023, **ABDULLAH ALSAJEE** purchased 4 firearms.

vii.    On or about October 13, 2023, **ABDULLAH ALSAJEE** purchased 1 firearm.

viii.    On or about November 11, 2023, **ABDULLAH ALSAJEE** purchased 3 firearms.

ix.    On or about November 15, 2023, **ABDULLAH ALSAJEE** purchased 3 firearms.

x.    On or about September 16, 2024, **ABDULLAH ALSAJEE** purchased 3 firearms.

d.  It was further part of the conspiracy that **HAITHAM AL-DULAIMI** would obtain these purchased firearms and conceal them inside multiple layers of packaging that was further concealed inside vehicle door panels. The vehicles would then be transported to an automotive logistics and packaging specialist contracted by Freight Forwarder 1 to ensure the vehicles were properly packaged inside the shipping container for transatlantic shipping. The shipping container would be shipped to co-conspirators in Iraq by Freight Forwarder 1.

e.  On or about October 10, 2023, an Electronic Export Information (EEI) form was filed for the shipment of a container. The EEI form sent to Freight Forwarder 1 listed the name **HAITHAM AL-DULAIMI** as the principal party in the United States for the shipment and listed an ultimate consignee as an individual located in

Baghdad, Iraq. The shipping container was assigned number MRKU4360014. The EEI form listed three vehicles which were contained in the shipping container:

    i.    A 2022 Chevrolet Malibu, VIN 1G1ZB5STXNF192000;

    ii.    A 2022 Kia Forte, VIN 3KPF24AD0NE416514;

    iii.    A 2022 Hyundai Elantra, VIN KMHLS4AG5NU313227.

    f.    On or about October 13, 2023, Freight Forwarder 1 shipped, at **HAITHAM AL-DULAIMI**'s direction, shipping container MRKU4360014, destined for Baghdad, Iraq. At the request of law enforcement, the shipping container was redelivered to the United States at the Port of Newark APM terminal on or about January 23, 2024. Upon redelivery, the original seal for shipping container MRKU4360014 remained intact. On or about February 1, 2024, law enforcement conducted an examination of shipping container MRKU4360014. One of the vehicles, the 2022 Hyundai Elantra, VIN KMHLS4AG5NU313227, contained, among other things, 29 firearms, and 26 firearm magazines, concealed within the door panels of the vehicle. Another one of the vehicles, the 2022 Kia Forte, VIN 3KPF24AD0NE416514, contained, among other things, 9 firearms, and 12 firearm magazines, concealed within the door panels of the vehicle.

All in violation of Title 18, United States Code, Section 371.

The Grand Jury further charges:

**COUNT 2**

*(Conspiracy to Violate the Export Control Reform Act)*

19.    Paragraphs 1 through 18 are incorporated herein by reference.

20.     From at least in or about February 2023 through at least on or about September 16, 2024, the exact dates being unknown to the Grand Jury, in the Western District of Kentucky, Jefferson County, and elsewhere, the defendants, **HAITHAM AL-DULAIMI, ABDULLAH ALSAJEE, HAIDER LAZEM**, and **HASAN WASAK**, and others known and unknown to the Grand Jury, willfully combined, conspired, and agreed together and with each other to export and cause the exportation of firearms from the United States to Iraq without first having obtained the required license or authorization from the United States Department of Commerce.

All in violation of Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Parts 730-774.

The Grand Jury further charges:

## COUNT 3
*(Violation of the Export Control Reform Act)*

21.     Paragraphs 1 through 20 are incorporated herein by reference.

22.     On or about October 13, 2023, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, the defendant, **HAITHAM AL-DULAIMI**, aided and abetted by others, known and unknown to the Grand Jury, did willfully export, attempt to export, and cause to be exported from the United States to Iraq items controlled under ECRA and the EAR, to wit, the following firearms:

| No. | Firearm | Serial Number |
|-----|---------|---------------|
| 1 | Canik, Model TP-9SA, 9-millimeter caliber handgun | 18AP09134 |
| 2 | Ruger, Model Ruger-57, 5.7 caliber handgun | 641-93425 |
| 3 | Glock, Model 17, 9-millimeter handgun | BTBN266 |
| 4 | Glock, Model 17, 9-millimeter handgun | BGML075 |
| 5 | Smith & Wesson, Model M&P 9, 9-millimeter handgun | NCU8672 |
| 6 | Smith & Wesson, Model M&P 9, 9-millimeter handgun | NHE0964 |
| 7 | Glock, Model 17, 9-millimeter handgun | BAGV790 |

| 8 | Sig Sauer, Model P320, 9-millimeter handgun | TXR06959 |
| 9 | Ruger, Model Ruger-57, 5.7 caliber handgun | 641-38126 |
| 10 | Smith & Wesson, Model M&P 9 Shield, 9-millimeter handgun | RJX6306 |
| 11 | Ruger, Model Ruger-57, 5.7 caliber handgun | 643-38708 |
| 12 | Palmetto State Armory, Model Dagger, 9-millimeter handgun | FG037276 |
| 13 | Ruger, Model Ruger-57, 5.7 caliber handgun | 641-25768 |
| 14 | Smith & Wesson, Model M&P 22, .22 caliber handgun | MP104477 |
| 15 | Ruger, Model Security-9, 9-millimeter handgun | 382-93592 |
| 16 | Taurus, Model PT24/7 PRO, 9-millimeter handgun | TAV31242 |
| 17 | HS Product, Model XD-9, 9-millimeter handgun | GM731075 |
| 18 | FN America, Model Five-Seven, 5.7 caliber handgun | 386434162 |
| 19 | Glock, Model 17, 9-millimeter handgun | BDLE721 |
| 20 | Glock, Model 17, 9-millimeter handgun | AFDG697 |
| 21 | FN America, Model Five-Seven, 5.7 caliber handgun | 386440995 |
| 22 | Arex, Model Delta L Gen 2, 9-millimeter handgun | G10207 |
| 23 | Glock, Model 19, 9-millimeter handgun | BRNN473 |
| 24 | Sig Sauer, Model P365, 9-millimeter handgun | NRA048886 |
| 25 | Sig Sauer, Model P320, 9-millimeter handgun | M18A040303 |
| 26 | Heckler & Koch, Model P30L, 9-millimeter handgun | 213-040454 |
| 27 | Arex, Model Rex Zero 1, 9-millimeter handgun | GZ11774 |
| 28 | Sig Sauer, Model P320, 9-millimeter handgun | 58B197699 |
| 29 | Glock, Model 22, .40 caliber handgun | XKA482 |
| 30 | Ruger, Model Ruger-57, 5.7 caliber handgun | 643-95449 |
| 31 | Glock, Model 19, 9-millimeter handgun | BFLM702 |
| 32 | Smith & Wesson, Model M&P 5.7, 5.7 caliber handgun | PJV7954 |
| 33 | Smith & Wesson, Model M&P 5.7, 5.7 caliber handgun | PJV7944 |
| 34 | Glock, Model 33, .357 caliber handgun | BTCN967 |
| 35 | Glock, Model 26, 9-millimeter handgun | ZRE818 |
| 36 | FN Herstal, Model Five-Seven, 5.7 caliber handgun | 386385672 |
| 37 | Smith & Wesson, Model M&P 5.7, 5.7 caliber handgun | PJN5541 |
| 38 | Glock, Model 26, 9-millimeter handgun | BKSD184 |

without having first obtained the required license or authorization for such export from the United States Department of Commerce.

All in violation of Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 730-774; and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4
### (*Smuggling Goods From the United States*)

23.     Paragraphs 1 through 22 are incorporated herein by reference.

24.     On or about October 13, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **HAITHAM AL-DULAIMI**, aided and abetted by others, known and unknown to the Grand Jury, did fraudulently and knowingly export and send, attempt to export and send, and aid, abet, and cause others to export and send from the United States the firearms described above in paragraph 22; and did receive, conceal, buy, and facilitate the transportation and concealment of the firearms described above in paragraph 22 prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, including Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Parts 730-774.

All in violation of Title 18, United States Code, Sections 554(a) and 2.

The Grand Jury further charges:

## COUNT 5
### (*Dealing in Firearms Without a License*)

25.     Paragraphs 1 through 24 are incorporated herein by reference.

26.     From in or about February 2023 to in or about September 2024, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **HAITHAM AL-DULAIMI**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

The Grand Jury further charges:

## COUNTS 6-8
*(False Statement During Purchase of a Firearm)*

27.    Paragraphs 1 through 26 are incorporated herein through reference.

28.    On or about the following dates, in the Western District of Kentucky, Jefferson County, the defendant, **HASAN WASAK**, in connection with the acquisition of a firearm, as described in the chart below, knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual purchaser of a firearm:

| COUNT | DATE | COUNTY | FIREARM(S) ACQUIRED | LICENSED DEALER OF FIREARMS WITHIN THE MEANING OF CHAPTER 44, TITLE 18, UNITED STATES CODE |
|---|---|---|---|---|
| 6 | February 12, 2023 | Jefferson | (a) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-27085;<br><br>(b) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-26980 | Cabela's 444 |
| 7 | March 16, 2023 | Jefferson | (a) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-27062;<br><br>(b) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-28708 | Cabela's 444 |
| 8 | April 3, 2023 | Jefferson | (a) FN Herstal, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386424059;<br><br>(b) FN Herstal, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386432864;<br><br>(c) FN Herstal, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386428409 | Wolf Supply |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

The Grand Jury further charges:

**COUNTS 9 -18**

*(False Statement During Purchase of a Firearm)*

29.     Paragraphs 1 through 28 are incorporated herein by reference.

30.     On or about the following dates, in the Western District of Kentucky, Jefferson County, and elsewhere, the defendant, **HAIDER LAZEM**, in connection with the acquisition of a firearm, as described in the chart below, knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual purchaser of a firearm:

| COUNT | DATE | COUNTY | FIREARM(S) ACQUIRED | LICENSED DEALER OF FIREARMS WITHIN THE MEANING OF CHAPTER 44, TITLE 18, UNITED STATES CODE |
|---|---|---|---|---|
| 9 | February 25, 2023 | Marion | (a) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-57945;<br><br>(b) FN Herstal, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386438018 | Walston Motorsports & Outdoors |
| 10 | March 30, 2023 | Jefferson | (a) FN America, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386442014;<br><br>(b) FN Herstal, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386315851 | Alpha Guns Inc. |

| 11 | April 7, 2023 | Jefferson | (a) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-79942;<br><br>(b) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-93844 | 95 Bravo Arms and Gunsmithing |
| 12 | April 19, 2023 | Jefferson | (a) FN America, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386441181;<br><br>(b) FN America, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386441493 | 95 Bravo Arms and Gunsmithing |
| 13 | April 21, 2023 | Jefferson | (a) Glock, Model 19X, 9-milimeter caliber pistol, bearing serial number BXZF491;<br><br>(b) Glock, Model 19X, 9-milimeter caliber pistol, bearing serial number BXZF488 | Cabela's 444 |
| 14 | April 27, 2023 | Bullitt | (a) FN America, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386441435;<br><br>(b) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-93653 | 95 Bravo Arms and Gunsmithing |
| 15 | May 11, 2023 | Jefferson | (a) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-93642;<br><br>(b) Ruger, Model Ruger-57, 5.7x28 caliber pistol, | 95 Bravo Arms and Gunsmithing |

| | | | bearing serial number 643-93589 | |
|---|---|---|---|---|
| 16 | May 31, 2023 | Jefferson | (a) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-93757; (b) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-93775 | 95 Bravo Arms and Gunsmithing |
| 17 | June 7, 2023 | Jefferson | (a) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-93586; (b) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-93608 | Alpha Guns Inc. |
| 18 | June 10, 2023 | Bullitt | (a) Glock, Model G47, 9-milimeter pistol, bearing serial number BZAT565 | 95 Bravo Arms and Gunsmithing |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

The Grand Jury further charges:

## COUNTS 19-29
### *(False Statement During Purchase of a Firearm)*

31.     Paragraphs 1 through 30 are incorporated herein by reference.

32.     On or about the following dates, in the Western District of Kentucky, Jefferson County, and elsewhere, the defendant, **ABDULLAH ALSAJEE**, in connection with the acquisition of a firearm, as described in the chart below, knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to the defendant

under Chapter 44 of Title 18, in that the defendant represented he was the actual purchaser of a

firearm:

| COUNT | DATE | COUNTY | FIREARM(S) ACQUIRED | LICENSED DEALER OF FIREARMS WITHIN THE MEANING OF CHAPTER 44, TITLE 18, UNITED STATES CODE |
|---|---|---|---|---|
| 19 | August 19, 2023 | Jefferson | (a) Smith & Wesson, Model M&P 5.7 TS, 5.7x28 caliber pistol, bearing serial number PJN5541;<br><br>(b) Ruger, Model Ruger-57, 5.7x28 caliber pistol, bearing serial number 643-95449 | Alpha Guns Inc. |
| 20 | August 31, 2023 | Jefferson | (a) Smith & Wesson, Model M&P 5.7, 5.7x28 caliber pistol, bearing serial number PJV7944 | Everything Concealed Carry of Louisville |

| 21 | September 9, 2023 | Hardin | (a) FN America, Model Five Seven MRD, 5.7x28 caliber pistol, bearing serial number 386434162;<br><br>(b) FN America, Model Five Seven MRD, 5.7x28 caliber pistol, bearing serial number 386440995 | Knob Creek Range, Inc. |
|----|----|----|----|----|
| 22 | September 11, 2023 | Nelson | (a) FN, Model Five Seven, 5.7x28 caliber pistol, bearing serial number 386418344;<br><br>(b) FN, Model Five Seven MRD, 5.7x28 caliber pistol, bearing serial number 386442982;<br><br>(c) FN, Model Five Seven MRD, 5.7x28 caliber pistol, bearing serial number 386442990;<br><br>(d) FN, Model Five Seven MRD, 5.7x28 caliber pistol, bearing serial number 386446437 | Kentucky Gun Company |

| 23 | September 16, 2023 | Jefferson | (a) FN America, Model MK3, 5.7x28 caliber pistol, bearing serial number 386450982;<br><br>(b) FN America, Model MK3, 5.7x28 caliber pistol, bearing serial number 386442981;<br><br>(c) FN America, Model MK3, 5.7x28 caliber pistol, bearing serial number 386442984 | KYGUNCO |
| --- | --- | --- | --- | --- |
| 24 | September 16, 2023 | Jefferson | (a) FN America, Model Five Seven, 5.7x28 caliber pistol, bearing serial number 386450890 | Alpha Guns Inc. |
| 25 | October 6, 2023 | Nelson | (a) FN America, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386442986;<br><br>(b) FN America, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386442987;<br><br>(c) FN America, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386450988;<br><br>(d) FN America, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386450987 | Kentucky Gun Company |

| 26 | October 13, 2023 | Jefferson | (a) FN America, Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386115207 | River City Firearms Inc. |
|---|---|---|---|---|
| 27 | November 11, 2023 | Jefferson | (a) FN America, Model Five Seven, 5.7x28 caliber pistol, bearing serial number 386450884 | Alpha Guns Inc. |
| 28 | November 11, 2023 | Hardin | (a) FN America, Model Five Seven MRD, 5.7x28 caliber pistol, bearing serial number 386446131<br><br>(b) FN America, Model Five Seven MK3, 5.7x28 caliber pistol, bearing serial number 386452844 | Knob Creek Range, Inc. |
| 29 | November 15, 2023 | Nelson | (a) FN America, Model Five-Seven MRD, 5.7x28 caliber pistol, bearing serial number 386449674;<br><br>(b) FN America, Model Five-Seven MRD, 5.7x28 caliber pistol, bearing serial number 386449673;<br><br>(c) FN America, Model Five-Seven MRD, 5.7x28 caliber pistol, bearing serial number 386449672 | Kentucky Gun Company |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses alleged in Counts 1 through 29 in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **HAITHAM AL-DULAIMI**, **ABDULLAH ALSAJEE**, **HAIDER LAZEM**, and **HASAN WASAK**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, including but not limited to the firearms described above in paragraph 22.

Upon conviction of one or more of the offenses alleged in Counts 1 and 4 of this Indictment, the defendants, **HAITHAM AL-DULAIMI**, **ABDULLAH ALSAJEE**, **HAIDER LAZEM**, and **HASAN WASAK**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 934 and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations including, but not limited to, a sum of money equal to the total amount of any property, real or personal, which constitutes or is derived from proceeds traceable to or obtained as a result of such offenses.

Upon conviction of one or more of the offenses in violation of Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Parts 730-774, as alleged in Counts 2 and 3 of this Indictment, the defendants, **HAITHAM AL-DULAIMI**, **ABDULLAH ALSAJEE**, **HAIDER LAZEM**, and **HASAN WASAK**, shall forfeit to the United States, pursuant to Title 50, United States Code, Section 4819(d), any property used or intended to be used, in any manner, to commit or facilitate the violations; any property constituting or traceable to the gross proceeds taken, obtained, or retained, in connection with or as a result of the violations; and any property

constituting an item or technology that is exported or intended to be exported in violation of the ECRA.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 50, United States Code, Section 4819(d), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Sections 981(a)(1)(C) and 934; Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d); Title 50, United States Code, Section 4819(d); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:APG/LCE:10.02.24

24

UNITED STATES OF AMERICA v. **HAITHAM AL-DULAIMI, et al.**

### P E N A L T I E S

| | |
|---|---|
| Count 1: | NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Counts 2-3: | NM 20 yrs./$1,000,000/both/NM 3 yrs. Supervised Release (each count) |
| Count 4: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 5: | NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Counts 6- 29: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Forfeiture | |

### N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

For offenses occurring after December 12, 1987:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

    1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

    2.      Give bond for payment thereof.

    18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.